# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE TENNESSEE DIVISION

| | |
|---|---|
| In re:<br>ROBERT WAYNE WETNIGHT<br><br>Debtor(s) | Case No. 15-04186-RM3-13 |

## Chapter 13 Trustee's Final Report and Account

Henry E. Hildebrand, III, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/18/2015.

2) The plan was confirmed on 08/06/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 03/11/2019.

6) Number of months from filing to last payment: 45.

7) Number of months case was pending: 46.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $1,964.50.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $9,782.98 |
| Less amount refunded to debtor | $259.36 |

**NET RECEIPTS:** $9,523.62

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,952.00 |
| Court Costs | $310.00 |
| Trustee Expenses & Compensation | $330.89 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,592.89

Attorney fees paid and disclosed by debtor: $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 1305 CLAIM | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ADAMS & MORSE | Unsecured | 33.39 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP | Unsecured | 601.00 | 600.92 | 600.92 | 154.00 | 0.00 |
| CENTENNIAL MEDICAL CENTER | Unsecured | 127.20 | NA | NA | 0.00 | 0.00 |
| CHARLENA GIBSON | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CNAC IN 101 | Unsecured | 8,000.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| CUMBERLAND EMERGENCY PHYSIC | Unsecured | 272.00 | NA | NA | 0.00 | 0.00 |
| CUNNINGHAM PROPERTIES | Unsecured | NA | 1,900.00 | 1,900.00 | 515.56 | 0.00 |
| DAVIDSON CO GEN SESSIONS CT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DAVIDSON COUNTY CRIMINAL COU | Unsecured | 1,382.33 | 3,930.91 | 3,930.91 | 1,066.63 | 0.00 |
| DAVIS PROPERTIES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DEPT OF SAFETY | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DOVERSIDE EMERG PHYS | Unsecured | 629.00 | NA | NA | 0.00 | 0.00 |
| DR STANLEY MEERS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| EHRA MED SVCS | Unsecured | 381.00 | NA | NA | 0.00 | 0.00 |
| EHRA MED SVCS OF TN | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| EPBS | Unsecured | 396.00 | 624.00 | 624.00 | 159.92 | 0.00 |
| EXETER FINANCE LLC | Unsecured | 12,418.00 | 12,795.21 | 12,795.21 | 3,471.89 | 0.00 |
| EXETER FINANCE LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FIRST TENNESSEE BANK | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| FORT SILL NATIONAL BANK | Unsecured | 153.63 | 153.63 | 153.63 | 39.37 | 0.00 |
| GEORGE W HUSSEY | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HALLMARK NATIONAL INSURANCE | Unsecured | 76.20 | NA | NA | 0.00 | 0.00 |
| LELAND WATTS | Unsecured | 3,041.93 | 2,651.29 | 2,651.29 | 719.41 | 0.00 |
| MEDICREDIT INC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| MEHARRY MEDICAL GROUP | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| NASHVILLE CITY COURT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| NASHVILLE GENERAL HOSPITAL | Unsecured | 917.00 | NA | NA | 0.00 | 0.00 |
| NASHVILLE GENERAL HOSPITAL | Unsecured | 678.19 | NA | NA | 0.00 | 0.00 |
| NASHVILLE GENERAL HOSPITAL | Unsecured | 308.08 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**      Case No. 15-04186

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| NASHVILLE GENERAL HOSPITAL | Unsecured | 309.08 | NA | NA | 0.00 | 0.00 |
| NASHVILLE GENERAL HOSPITAL | Unsecured | 568.62 | NA | NA | 0.00 | 0.00 |
| NASHVILLE GENERAL HOSPITAL | Unsecured | 309.00 | NA | NA | 0.00 | 0.00 |
| NASHVILLE THMS EMERGENCY DEP | Unsecured | 497.00 | NA | NA | 0.00 | 0.00 |
| NASHVILLE THMS EMERGENCY DEP | Unsecured | 407.00 | NA | NA | 0.00 | 0.00 |
| NASHVILLE THMS EMERGENCY DEP | Unsecured | 1,823.00 | NA | NA | 0.00 | 0.00 |
| NASHVILLE THMS EMERGENCY DEP | Unsecured | 407.00 | NA | NA | 0.00 | 0.00 |
| NASHVILLE THMS EMERGENCY DEP | Unsecured | 903.00 | NA | NA | 0.00 | 0.00 |
| NASHVILLE THMS EMERGENCY DEP | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| NORTHCREST MEDICAL CENTER | Unsecured | 896.00 | 896.21 | 896.21 | 229.67 | 0.00 |
| PENDRICK CAPITAL PARTNERS II EHI | Unsecured | 1,458.00 | NA | NA | 0.00 | 0.00 |
| PUBLIC STORAGE | Unsecured | 159.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY ALLIANCE | Unsecured | 226.00 | 226.00 | 226.00 | 57.92 | 0.00 |
| RADIOLOGY ALLIANCE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| RADIOLOGY ALLIANCE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| RADIOLOGY ALLIANCE PC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| SFC CENTRAL BANKRUPTCY AND RI | Unsecured | 455.00 | 455.00 | 455.00 | 116.61 | 0.00 |
| SOUTHERN HILLS MEDICAL CENTER | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| SOUTHERN HILLS MEDICAL CENTER | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| SOUTHERN RADIOLOGY ASSOC | Unsecured | NA | 63.00 | 63.00 | 12.60 | 0.00 |
| SPEEDY CASH | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| SPEEDY CASH | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| SPEEDY CASH | Unsecured | 235.29 | NA | NA | 0.00 | 0.00 |
| ST THOMAS MIDTOWN HOSPITAL | Unsecured | 372.20 | NA | NA | 0.00 | 0.00 |
| STATE FARM | Unsecured | 5,482.27 | NA | NA | 0.00 | 0.00 |
| SYDNEY S BLUFF EMERGENCY PHY | Unsecured | 659.00 | NA | NA | 0.00 | 0.00 |
| TENN EMERGENCY MED ASSOC | Unsecured | NA | 590.00 | 33.37 | 33.37 | 0.00 |
| TRAFFIC VIOLATIONS BUR WARRAN | Unsecured | NA | 215.78 | 215.78 | 55.30 | 0.00 |
| WORLD ACCEPTANCE CORP | Unsecured | 1,080.00 | 1,100.00 | 1,100.00 | 298.48 | 0.00 |
| YELLOW POPLAR EMERGENCY PHY | Unsecured | 1,537.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$25,645.32** | **$6,930.73** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)　　　　　　　　　　　　　　　　Case No.　15-04186

| Disbursements: | |
|---|---|
| Expenses of Administration | $2,592.89 |
| Disbursements to Creditors | $6,930.73 |
| **TOTAL DISBURSEMENTS :** | **$9,523.62** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/04/2019          By: /s/ Henry E. Hildebrand, III
                                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.